**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SOUTHWEST ENVIRONMENTAL CENTER
and BORDER NETWORK FOR HUMAN
RIGHTS,

          Plaintiffs,

vs.                                         Civ. No.  2:18-cv-000632 WJ-KRS

JEFFERSON BEAUREGARD SESSIONS
III, in his official capacity as Attorney
General of the United States; KIRSTJEN
NIELSEN, in her official capacity as
Secretary of the U.S. Department of
Homeland Security; JAMES N. MATTIS, in
his official capacity as Secretary of the U.S.
Department of Defense; and ALEX M.
AZAR II, in his official capacity as Secretary
of the U.S. Department of Health and Human
Services,

          Defendants.

UNOPPOSED MOTION FOR AN EXTENSION TO FILE AN
<u>ANSWER OR OTHERWISE PLEAD</u>

      The Defendant United States of America (Federal Defendants) respectfully requests an extension of time to Answer or otherwise plead in the above captioned matter.  Counsel for the Federal Defendants would inform the Court that he will be out on a long planned vacation from August 5, 2018 through and including August 15, 2018 returning to the office on August 16, 2018.  Plaintiffs filed their Amended Motion for Preliminary Injection on July 27, 2018 Doc. No. 11, and was received by the Office of the US Attorney for the District of New Mexico on July 31, 2018.  The response time for the Federal Defendants would set the answer date for August 14, 2018.

At the present, there has been no answer filed by any party Defendant. Further, the parties state the following:

1. No extensions of time have been previously requested in this action.

2. Federal Defendants are being sued individually in their official capacity and respectfully request until August 25, 2018 to answer or otherwise plead. In addition, Plaintiffs would request that they be allowed until September 7, 2018 to file their reply.

3. The parties request that a hearing on the Preliminary Injunction be set as soon as possible after the filing of Plaintiffs Reply.

4. Per Local Rule 7.1 the undersigned contacted Counsel for the Plaintiffs via telephone on August 3, 2018. Plaintiffs' counsel consents to the granting of an extension for the Federal Defendants to answer or otherwise plead.

5. No prejudice will result from an enlargement of time. The granting of this Motion is discretionary with the Court. Fed.R.Civ.P. 6(b).

WHEREFORE, Federal Defendants respectfully request that the Court grant this Motion by issuing an order extending the time by which the Defendants are to file an answer or otherwise plead to August 25, 2018 and for Plaintiffs to Reply to September 7, 2018, and for such other and further relief that the Court deems appropriate.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

***Filed electronically August 3, 2018***
MANUEL LUCERO
Assistant United States Attorney
P.O. Box 607

Albuquerque, NM 87103
(505) 224-1467
manny.lucero@usdoj.gov

    I HEREBY CERTIFY that on August 3, 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties and counsel entitled to service and or notice to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

***Filed electronically August 3, 2018***
MANUEL LUCERO
Assistant United States Attorney