IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SOUTHWEST ENVIRONMENTAL CENTER
AND BORDER NETWORK FOR HUMAN
RIGHTS,

      Plaintiffs,

  vs.                                        Civ. No. 2:18-cv-000632 WJ-KRS

JEFFERSON BEAUREGARD SESSIONS
III, in his official capacity as Attorney
General of the United States; KRISTJEN
NIELSEN, in her official capacity as
Secretary of the U.S. Department of
Homeland Security; JAMES N. MATTIS, in
his official capacity as Secretary of the U.S.
Department of Defense; and ALEX M.
AZAR II, in his official capacity as Secretary
of the U.S. Department of Health and Human
Services,

      Defendants.

## **RULE 58 JUDGMENT**

THIS MATTER came before the Court upon Defendants' Motion to Dismiss, filed August 27, 2018 **(Doc. 16)**. Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order which accompanies this Rule 58 Judgment **(Doc. 25)**.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Defendants' Motion to Dismiss **(Doc. 16)** is hereby GRANTED, thus disposing of this case on its merits and in its entirety.

_____
CHIEF UNITED STATES DISTRICT JUDGE